**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DARNELL PEAK,

Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
& PAROLE,

Appellee

:  No. 8 WAP 2022
:
:  Appeal from the Order of the
:  Commonwealth Court entered
:  November 10, 2021 at No. 35 MD
:  2021.
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW,** this 19th day of October, 2022, the order of the Commonwealth Court is **AFFIRMED**.